UNITED STATES of America,
Plaintiff–Appellee,

v.

Orion Ross HARDEN, Defendant–
Appellant.

No. 02–6487.

United States Court of Appeals,
Fourth Circuit.

Submitted July 18, 2002.

Decided July 24, 2002.

Orion Ross Harden, Appellant Pro Se.

Before WIDENER, LUTTIG, and
GREGORY, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Orion Ross Harden appeals the district
court's orders denying relief on his 28
U.S.C. § 2241 (1994) petition and denying
his motion for reconsideration. We have
reviewed the record and the district
court's opinion and orders and find no
reversible error. Accordingly, we deny a

certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Harden*, Nos. CR–97–70099; CA–01–991–7 (W.D.Va. Jan. 7, 2002 & Feb. 26, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*